# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** Audra Short, individually, etc.

**DEFENDANTS** Embraer S.A., et al.

**(b)** County of Residence of First Listed Plaintiff  OUT OF STATE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  BRAZIL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See attachment A

Attorneys *(If Known)*
See attachment A

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☒ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)

*(See instructions):* a) Re-filed Case ☐YES ☒NO     b) Related Cases ☒YES ☐NO
JUDGE: Towbin-Singer, 17th Judicial District     DOCKET NUMBER: CACE20010177

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Federal enclave jurisdiction - death occurred on Federal land at military base
LENGTH OF TRIAL via 10 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE: July 21, 2020
SIGNATURE OF ATTORNEY OF RECORD
s/ Alex Braunstein, FBN: 098289

**FOR OFFICE USE ONLY**
RECEIPT #     AMOUNT     IFP     JUDGE     MAG JUDGE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
------------------------------------------------------------------x
                                                                  :
AUDRA SHORT, INDIVIDUALLY, AS PERSONAL                            :
REPRESENTATIVE OF THE ESTATE OF                                   :  Civil Action No.
CHRISTOPHER CAREY SHORT, DECEASED, AND                            :
ON BEHALF OF A.S., SURVIVING MINOR CHILD OF                       :
CHRISTOPHER CAREY SHORT,                                          :
                                                                  :
                              Plaintiff,                          :
                                                                  :
              - against -                                         :
                                                                  :
EMBRAER S.A., EMBRAER AIRCRAFT HOLDING,                           :
INC., EMBRAER AIRCRAFT CUSTOMER SERVICES,                         :
LLC, EMBRAER DEFENSE & SECURITY, INC., and                        :
SIERRA NEVADA CORPORATION,                                        :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------x
```

## Attachment A to Civil Cover Sheet

| Robert F. Spohrer, Esq.<br>Florida Bar No. 184500<br>Keith L. Maynard, Esq.<br>Florida Bar No. 36214<br>Spohrer Dodd, P.I.<br>76 S. Laura Street, Suite 701<br>Jacksonville, Florida 32202-5444<br>Tel: (904) 309-6500<br>Fax: (904) 309-6501<br>RSpohrer@Sdlitigation.com<br>KMaynard@Sdlitigation.com<br>*Attorneys for Plaintiff* | Daniel O. Rose, Esq.<br>Kevin J. Mahoney, Esq.<br>Kreindler & Kreindler LLP<br>750 Third Avenue<br>New York, New York 10017<br>Tel: (212) 687-8181<br>Fax: (212) 972-9432<br>drose@kreindler.com<br>kmahoney@kreindler.com<br>*Attorneys for Plaintiff* |
|---|---|

112467453.v1

| | |
|---|---|
| John Maggio, Esq.<br>Florida Bar No. 0125425<br>Eli G. Burton, Esq.<br>Florida Bar No. 0116142<br>Condon & Forsyth LLP<br>701 Brickell Avenue, Suite 1550<br>Miami, Florida 33131<br>Tel: (305) 492-7303<br>Fax: (212) 370-4453<br>Jmaggio@condonlaw.com<br>eburton@condonlaw.com<br>*Attorneys for Defendants Embraer Aircraft Holding, Inc., Embraer Aircraft Customer Services, LLC, and Embraer Defense & Security, Inc.* | Jane M. Sigda, Esq.<br>Stephen R. Stegich, Esq.<br>Condon & Forsyth LLP<br>7 Times Square Tower<br>New York, New York 10036<br>Tel: (212) 490-9100<br>Fax: (212) 370-4453<br>jsigda@condonlaw.com<br>sstegich@condonlaw.com<br>*Attorneys for Defendants Embraer Aircraft Holding, Inc., Embraer Aircraft Customer Services, LLC, and Embraer Defense & Security, Inc.* |
| Alex Braunstein, Esq.<br>Florida Bar No. 098289<br>Fox Rothschild LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Tel: (561) 835-9600<br>Fax: (561) 835-9602<br>Email: abraunstein@foxrothschild.com<br>*Attorneys for Defendant Sierra Nevada Corporation* | Diane Westwood Wilson, Esq.<br>(*pro hac vice* application to be submitted)<br>Rebecca Tingey, Esq.<br>(*pro hac vice* application to be submitted)<br>Fox Rothschild LLP<br>101 Park Avenue, 17th Floor<br>New York, NY 10178<br>Tel: (212) 878-7900<br>Fax: (212) 692-0940<br>Email: dwilson@foxrothschild.com<br>       rtingey@foxrothschild.com<br>*Attorneys for Defendant Sierra Nevada Corporation* |
| Defendant Embraer S.A.<br><br>No counsel has appeared to date | |

112467453.v1